# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2620
_____

RICKY D. DIXON, Secretary of the
Florida Department of
Corrections,

    Appellant,

    v.

STACEY ANTONIO SCOTT, JR.,
LEAH JAMES FRAME, et al.,

    Appellees.

_____

On appeal from the County Court for Leon County.
Augustus D. Aikens, Jr., Judge.

February 21, 2024

PER CURIAM.

Appellee filed a complaint against several employees of the Florida Department of Corrections, alleging they mishandled his personal property. Appellant Ricky D. Dixon, Secretary of the Florida Department of Corrections, moved to dismiss the complaint, arguing, among other things, that Secretary Dixon was entitled to sovereign immunity pursuant to section 768.28(9)(a), Florida Statutes. The lower court denied the motion to dismiss. This timely appeal followed.

An order denying a motion to dismiss is a non-final order and not typically reviewable on appeal. However, Florida Rule of Appellate Procedure 9.130(a)(3)(F)(ii) allows appeals of non-final orders that deny a motion that asserts entitlement to immunity under section 768.28(9). This Court can therefore review the denial of the sovereign immunity claim.

Appellee's complaint alleges that certain Department of Corrections employees destroyed his boxes of legal documents. He alleges that the employees' actions were retaliatory and intentionally done in bad faith with a malicious purpose. The state is immune from tort claims that are based on an employee acting in bad faith or with a malicious purpose. So, as pled, Secretary Dixon, in his official capacity as the head of the Department of Corrections, is immune.

REVERSED.

RAY, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Appellant.

Stacy Antonio Scott, Jr., Leah James Frame, et al., pro se, Appellees.

2